RECEIVED
AUG 2 4 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| PAUL NELSON, INDIVIDUALLY AND ON BEHALF OF HIS DECEASED WIFE, ROBERTA NELSON; KATHRYN NELSON LESTER; and CHRISTOPHER NELSON | DOCKET NO. 6:10-cv-0591 (LEAD) 6:10-cv-0592 (MEMBER) |
| VERSUS | JUDGE ~~HAIK~~ DOHERTY |
| MYLAN PHARMACEUTICALS, INC., MYLAN, INC., and MYLAN TECHNOLOGIES, INC. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the rulings set forth herein are equally applicable to each of the consolidated lawsuits; the defendants' first motion to dismiss (Rec. Doc. 6 in Docket No. 10-cv-0592) is DISMISSED AS MOOT; the defendants' second motion to dismiss (Rec. Doc. 22 in Docket No. 10-cv-0592) is GRANTED with regard to all

claims asserted by the plaintiffs that are beyond the scope of the LPLA; and the defendants' second motion to dismiss (Rec. Doc. 22 in Docket No. 10-cv-0592) is DENIED with regard to the plaintiffs' LPLA claim.

Lafayette, Louisiana, this 24 day of August, 2010.

Rebecca F. Doherty
U.S. District Judge